BOLTON LAW, PLLC
111 N. 7th St, #3386
Coeur d'Alene, Idaho 83816
Telephone: (208) 306-3360
Facsimile:  (208) 519-3974
K. Jill Bolton ISBN: 5269
reception@kjboltonlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL LEE MOORE & KAREN MOORE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BONNERS FERRY, BRIAN ZIMMERMAN; MARTIN RYAN, MICHAEL VAN LEUVEN, GARY TOLLESON, and JOHN and JANE DOE I-X, as agents of BONNERS FERRY POLICE DEPARTMENT<br><br>Defendants. | CASE NO.: 2:22-CV-376-BLW<br><br><br>DECLARATION OF DANIEL LEE MOORE |

Daniel Lee Moore hereby makes the following declaration.

1. I am an adult citizen of the United States and competent to make this

DECLARATION OF DANIEL LEE MOORE                                                                          1

Declaration based upon personal knowledge.

2. On August 28, 2020, I was charged by Bonners Ferry Police Department Assistant Chief of Police Martin Ryan (Ryan) with second degree murder.

3. I did not know Brian Drake and did not kill Brian Drake.

4. The facts set forth in the Amended Complaint concerning my personal experiences and the injuries I have suffered since police extracted a false confession from me on August 27, 2020 are true and accurate.

5. My wife and I were banished from the community we loved in Bonners Ferry after these charges were brought against me.

6. I received multiple death threats through the mail since the charges were initiated against me. These threats started after the criminal charges against me were dismissed. (Exhibit 10).

7. I am now having to defend a wrongful death action initiated by Brian Drake's widow, Jennifer Drake. Jennifer Drake has persisted with making public claims that she broadcast to the community in and surrounding Bonners Ferry that I killed her husband.

8. As a result of the wrongful actions of law enforcement as described in the Amended Complaint and the foreseeable consequences of having been wrongly accused of murder, I have suffered extreme emotional distress that has resulted in serious physical manifestations and injuries including the following:

    a. persistent panic attacks, requiring regular trips to my physician

and medication to control these attacks;

b. exacerbation of a previously diagnosed condition of hypertension, causing me severe headaches, close medical supervision and medication;

c. pylori-gastrointestinal tract infection resulting in severe heartburn and nausea;

d. depression and anxiety diagnoses which have caused me to experience loss of appetite, sleep disturbances, muscle tension, social withdrawal and poor concentration.

9. These diagnoses have required regular trips to my physician and prescription medications. I have found it necessary to seek mental health counseling and engaged in EMDR treatment to attempt to ameliorate my symptoms. The physical manifestations of these conditions however continue.

I declare under penalty of perjury pursuant to the laws of the State of Idaho that the foregoing is true and correct.

DATED this 12th day of October, 2023.

*Daniel Lee Moore*
ID LoebJvguMePN54LEdqKXrWV8
Daniel Lee Moore

# eSignature Details

**Signer ID:**     **LoebJvguMePN54LEdqKXrWV8**
Signed by:     Daniel Moore
Sent to email:     karen@alpinemontana.com
IP Address:     97.103.133.188
Signed at:     Oct 11 2023, 3:29 pm PDT

# Exhibit 10 –

(Anonymous Harassment Letters to D. Moore)

We are keeping track of you, murderer.
Watch for us in your rear view mirror, murderer.
We will see you at Safeway very soon, murderer.
How well will you sleep at night while we watch you?



Envelope:
PO Box 1
BF., ID

SPOKANE WA · 990
15 JUN 2021 PM 3 L

Dr. Moore
6843 Main
Bonners Ferry, ID
83805

DMOORE006021

Moore,

Acquitted? Sure we knew you would be with your friends giving you your "free to walk" papers. A tragedy and a travesty of justice.

Hopefully you will get your dues. It is a small town. You earned some shit coming your way killer Moore.

Not everyone in town is your friend. Not everyone believes your lies. Many of us know you are guilty.

Karma is a mean little bastard.

---

POB2
Bonners Ferry
ID 83805

SPOKANE WA 990
2 SEP 2021 PM 1 L
Thinking

Doctor Moore
6843 Main
Bonners Ferry, ID
83805

83805-855243

DMOORE006022

Dear Dr. Moore,

Although we Watchers have not been touch for a while, we watch your every motion, every gesture on your smug face while you stand in line at Safeway. When shall we wreak revenge, killer?

The citizens of our little town know that acquittal does not mean innocence, KILLER!

KILLER!
MURDERER!

KILLER!
MURDERER!

KILLER!
MURDERER!

KILLER!
MURDERER!

In all due respect and love, The Watchers.

---

P.O. BOX #1
BF, ID

SPOKANE WA 990
27 SEP 2021 PM 4 L

Doctor Moore
6843 Main Street

Bonners Ferry, ID
83805

83805-855243

DMOORE006023

We know of a widow
with 4 kids who will have
another sad Christmas.
Thanks to you....Killer.

Yours affectionately,
The Watchers

Now with wireless
cameras.

P.O.B 1
B.f, ID

SPOKANE WA 990
26 NOV 2021 PM 4 L

Dr. Moore
6843 Main St.
Bonners Ferry, ID
83805

83805-855243



DMOORE006024

# BEAR IN MIND: WE WATCH YOU EACH DAY....
# KILLER!
# KILLER!
# KILLER!
# KILLER!
# KILLER!
# KILLER!

-Affectionately, the watchers

POB 11
B.F., ID
83805

SPOKANE WA 990
17 MAR 2022 PM 4 L



Dr. Moore
6843 Main
Booners Ferry, ID
83805

83805-855243

DMOORE006025