BOLTON LAW, PLLC
111 N. 7th St, #3386
Coeur d'Alene, Idaho 83816
Telephone: (208) 306-3360
Facsimile: (208) 519-3974
K. Jill Bolton ISBN: 5269
reception@kjboltonlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL LEE MOORE & KAREN MOORE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BONNERS FERRY, BRIAN ZIMMERMAN; MARTIN RYAN, MICHAEL VAN LEUVEN, GARY TOLLESON, and JOHN and JANE DOE I-X, as agents of BONNERS FERRY POLICE DEPARTMENT<br><br>Defendants. | CASE NO.: 2:22-CV-376-BLW<br><br><br>DECLARATION OF KAREN MOORE |

Karen Moore hereby makes the following declaration.

1. I am an adult citizen of the United States and competent to make this

DECLARATION OF DANIEL LEE MOORE     1

Declaration based upon personal knowledge.

2. I am married to Daniel Lee Moore. We were married on the date he was interrogated by law enforcement and wrongly charged with the murder of Brian Drake.

3. The facts set forth in the Amended Complaint concerning my personal experiences and the injuries I have suffered since police extracted a false confession from my husband on August 27, 2020 are true and accurate.

4. My husband and I were banished from the community we loved in Bonners Ferry after these charges were brought against my husband.

5. My husband and I are now having to defend a wrongful death action initiated by Brian Drake's widow, Jennifer Drake. Jennifer Drake has persisted with making public claims that she broadcasts to the community in and surrounding Bonners Ferry that my husband killed her husband.

6. As a result of the wrongful actions of law enforcement as described in the Amended Complaint and the foreseeable consequences of having experienced my husband being wrongly accused of murder, I have suffered extreme emotional distress that has resulted in serious physical manifestations and injuries including the following:

    a. acute grief reaction, with symptoms that included severe anxiety, hypertension, gastrointestinal distress, severe weight loss and insomnia requiring medication.;

    b. Persistent anxiety resulted in a diagnosis of depression, also

requiring medication and counseling.

7. These diagnoses have required regular trips to my physician and prescription medications. I have found it necessary to seek mental health counseling and, like my husband, have engaged in EMDR treatment to attempt to ameliorate my symptoms. The physical manifestations of these conditions however continue.

I declare under penalty of perjury pursuant to the laws of the State of Idaho that the foregoing is true and correct.

DATED this 12th day of October 2023.

*Karen Moore*
ID SWtLd1u6BKpVKZHWR4mjhxu1
Karen Moore

## eSignature Details

| | |
|---|---|
| **Signer ID:** | **SWtLd1u6BKpVKZHWR4mjhxu1** |
| Signed by: | Karen A Moore |
| Sent to email: | karenanne57@outlook.com |
| IP Address: | 97.103.133.188 |
| Signed at: | Oct 11 2023, 3:31 pm PDT |