UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL LEE MOORE & KAREN MOORE, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BONNERS FERRY, BRIAN ZIMMERMAN, MICHAEL VAN LUEVEN, GARY TOLLESON and JOHN and JANE DOE I-X, as agents of the BONNERS FERRY POLICE DEPARTMENT,<br><br>Defendant. | Case No. 2:22-cv-00376-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendants and that this case be DISMISSED IN ITS ENTIRETY.

DATED: March 11, 2024

_____
B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 1